**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| MICHAEL J. O'CONNELL, et al., | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| vs. | ) Case No. 4:06CV01437 ERW |
| | ) |
| HARPER'S MECHANICAL, INC., et al., | ) |
| | ) |
| Defendant(s). | ) |

## ORDER

Upon review of the Court file, the Court notes that there has been no activity from Defendants Harper Mechanical, Inc.; Debra Harper and Terry J. Harper since the return of service upon said Defendants.

**IT IS HEREBY ORDERED** that Plaintiffs shall, no later than **November 27, 2006**, file appropriate motions for entry of default and for default judgment, supported by all necessary affidavits and documentation, as well as proposed orders for the Court's consideration.

Dated this 6th day of November 2006.

E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE